| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>LAW OFFICES OF MARC LIBARLE<br>Marc Libarle (CABN: 071678)<br>1388 Sutter St, Ste 910<br>San Francisco, CA 94109 | |
| ATTORNEY(S) FOR: BelAir Electronics, Inc. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BelAir Electronics, Inc.<br><br>Plaintiff(s),<br>v.<br>Doria International Inc (dba Doria Group, dba X-Doria, dba Defense by X-Doria, dba Raptic, dba Noémie)<br><br>Defendant(s) | CASE NUMBER:<br><br>2:25-cv-1116<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _BelAir Electronics, Inc._ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| BelAir Electronics, Inc. | Pursuant to FRCP 7.1, BelAir Electronics, Inc. (a private non-governmental party) has NO corporate parents, affiliates and/or subsidiaries, which are publicly held. |

| | |
|---|---|
| 02/10/2025<br>Date | /s/ Marc Libarle<br>Signature |

Attorney of record for (or name of party appearing in pro per):

BelAir Electronics, Inc.