| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Michael A DiNardo (SBN 216991)<br>mdinardo@yklaw.us<br>Yifei Deng (#339284)<br>fdeng@yklaw.us<br>YK LAW, LLP<br>445 S. Figueroa St, Suite 2280<br>Los Angeles, CA 90071<br>Tel: 213-401-0970 | |
| ATTORNEY(S) FOR:  Defendant Doria International, Inc. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BELAIR ELECTRONICS, INC.<br><br>v.<br><br>DORIA INTERNATIONAL INC. | Plaintiff(s),<br><br><br>Defendant(s) | CASE NUMBER:<br>2:25-cv-01116-HDV-MAR<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Defendant Doria International, Inc._____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Belair Electronics, Inc. | Plaintiff |
| Doria International, Inc. | Defendant |
| Doria Group | dba of Defendant |
| X-Doria | dba of Defendant |
| Defense by X-Doria | dba of Defendant |
| Raptic | dba of Defendant |
| Noemie | dba of Defendant |
| Ferron | dba of Defendant |
| Mantle | dba of Defendant |

| | |
|---|---|
| March 21, 2025 | /s/ Michael A DiNardo |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Defendant Doria International, Inc.